UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN, DEUEL VOCATIONAL INSTITUTION,<br><br>    Defendant. | No. 2:18-cv-0347 DB P<br><br><br><br>ORDER |

Plaintiff is a county inmate[1] proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. In response to the court's order to pay the filing fee or request leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, plaintiff filed a motion to proceed in forma pauperis. (ECF No. 7.) Plaintiff filed an inmate trust account statement with the complaint; however, the certificate portion of the request which must be completed by plaintiff's institution of incarceration was not filled out. (ECF No. 2.) Plaintiff has now filed an application to proceed in forma pauperis, but did not include a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2).

Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy of his inmate trust account statement for the six month period

---

[1] Based on the return address listed on plaintiff's recent filings, it appears plaintiff is presently incarcerated at San Joaquin County Jail. (ECF Nos. 5, 7.)

1

immediately preceding the filing of his complaint in support of his application. Plaintiff is warned that failure to pay the filing fee or submit a properly completed in forma pauperis application will result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: May 31, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner-Civil.Rights/smit0347.3c+new

2