UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN, DEUEL VOCATIONAL INSTITUTION,<br><br>    Defendant. | No. 2:18-cv-0347 DB P<br><br>ORDER TO SHOW CAUSE |

Plaintiff is a county inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants have violated his right to access the courts and his right to adequate medical treatment under the Eighth Amendment.

By order dated March 25, 2019, plaintiff's complaint was screened and dismissed for failure to state a claim. (ECF No. 14.) Plaintiff was directed to file an amended complaint within thirty days and warned that failure to file an amended complaint would result in a recommendation that this action be dismissed. Those thirty days have passed, and plaintiff has not filed an amended complaint, requested additional time to file an amended complaint, updated his address, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall either dismiss this action or file an amended complaint. If he fails to do so

1

the court will recommend that this action be dismissed for plaintiff's failure to comply with court orders and failure to prosecute. See E.D. Cal. R. 110; E.D. Cal. R. 183(b); Fed. R. Civ. P. 41.

Dated: May 7, 2019

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB1/Orders/Prisoner-CivilRights/smit0347.osc